IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 04-CR-00431-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BERNARD E. TRUJILLO,

    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

    This matter comes before the court on a Petition to Revoke Supervised Release. The defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal Rules of Criminal Procedure. Based upon the facts alleged in the Petition and in light of the defendant's waiver, the court finds that probable cause exists to believe that the defendant violated one or more conditions of his release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release, the Presentence Report and the entire court file. The defendant is not contesting detention. Under the circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. On the record before the court, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

    Done this 28th day of June 2012.

                                              BY THE COURT

                                              <u>S/ Michael J. Watanabe</u>
                                              Michael J. Watanabe
                                              U.S. Magistrate Judge