**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.   04-cr-00431-REB

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.  BERNARD E. TRUJILLO,

　　　Defendant.

---

**MINUTE ORDER**[1]

---

　　　At the conclusion of the hearing on March 21, 2013, in 12-cr-00466-REB, on **Defendant's Unopposed Motion For a Continuance of The Trial Date and Dates Associated Therewith**, the court shall conduct a status conference in this case.

　　　Dated:  February 6, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.